UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA SHEYNBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>    Defendant. | Case No. 15-cv-03417-VC<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 16 |

The request to continue the initial case management conference is denied. The parties have asked to continue the initial case management conference for almost six months so that they can pursue mediation. But despite the fact that this case was filed back in July, the parties haven't even scheduled a mediation yet. Under these circumstances, it would not be appropriate to continue the initial case management conference for almost six months. The case management conference will take place as scheduled on October 20, 2015, and the parties must file a case management statement, which includes a proposed schedule for the litigation, seven days beforehand.

**IT IS SO ORDERED.**

Dated: October 9, 2015

_____
VINCE CHHABRIA
United States District Judge