Glenn R. Kantor, State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
Timothy J. Rozelle, Esq. State Bar No. 298332
 E-mail: trozelle@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

Attorneys for Plaintiff MARINA SHEYNBERG,
on behalf of herself and all others similarly
situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA SHEYNBERG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:15-CV-03417-VC<br><br>[Assigned to Hon. Vince Chhabria]<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION <u>WITH</u> PREJUDICE** |

**TO THE HONORABLE VINCE CHHABRIA AND HIS COURT CLERK:**

**IT IS HEREBY STIPULATED**, by and between Plaintiff Marina Sheynberg and Defendant Anthem Blue Cross Life and Health Insurance Company, by and through their respective counsel of record, that this action shall be dismissed in its entirety <u>with</u> prejudice as to all parties.

Each party shall bear their own attorneys' fees and costs.

///

///

**IT IS SO STIPULATED**.

DATED: October 28, 2016                KANTOR & KANTOR, LLP

                                       BY:  */s/ Glenn R. Kantor*
                                            Glenn R. Kantor
                                            Timothy J. Rozelle
                                            Attorneys for Plaintiff
                                            MARINA SHEYNBERG, on behalf of
                                            herself and all others similarly situated

DATED: October 28, 2016                REED SMITH LLP

                                       BY:  */s/ Junga P. Kim*
                                            Kurt C. Peterson
                                            Kenneth N. Smersfelt
                                            Junga Park Kim
                                            Monica J. Zi
                                            Attorneys for Defendant Anthem Blue
                                            Cross Life and Health Insurance
                                            Company

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures, Glenn R. Kantor hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE