KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARINA SHEYNBERG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | Case No.:  3:15-CV-03417-VC<br><br>[Assigned to Hon. Vince Chhabria]<br><br>[PROPOSED] **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety <u>with</u> prejudice.  Each party shall bear its own fees and costs.

DATED: 10/31/2016

_____
VINCE CHHABRIA
United States District Court Judge

1

[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE